United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

—————————————

No. 03-30370
Conference Calendar

—————————————

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

MARK ANTHONY VINZANT,
also known as Mark Vinzant,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 02-CR-168-1
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

        The Federal Public Defender representing Mark Anthony

Vinzant has moved for leave to withdraw and has filed a brief as

required by Anders v. California, 386 U.S. 738 (1967).  Vinzant

was sent a copy of counsel's motion and brief, but has not filed

a response.

        Vinzant knowingly and voluntarily waived his appeal rights

except with respect to any sentence imposed in excess of the

statutory maximum or any upward departure from the applicable

---

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

sentencing guidelines range as determined by the district court. Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.